IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARI WAYNE WEBSTER                                                                    PLAINTIFF

vs.                                    Civil No. 4:14-cv-4125

WARDEN BRAZELL, *et al.*                                                           DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed February 16, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Bryant recommends that the Motions to Dismiss (ECF Nos. 11 & 13) filed on behalf of Defendants be granted and that Plaintiff's Complaint be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds that the Motions to Dismiss (ECF Nos. 11 & 13) should be and hereby are **GRANTED**. Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge